UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **DONALD BISHOP,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:18-cv-01343-RDP-GMB |
| ) | |
| **WARDEN JOHN CROW, et al.,** ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On July 15, 2020, the Magistrate Judge entered a Report and Recommendation, recommending that the petition for writ of habeas corpus filed pursuant to this 28 U.S.C. § 2254 be denied as time-barred. (Doc. 20). The Magistrate Judge further recommended that a certificate of appealability be denied. (Doc. 20). On August 3, 2020, Petitioner filed objections to the Report and Recommendation in which he repeats arguments made in his petition. (Doc. 21). The Magistrate Judge addressed these arguments in the Report and Recommendation and this court finds no legal or factual errors therein.

After careful consideration of the record in this case, the Magistrate Judge's Report and Recommendation, and the objections thereto, the court **ADOPTS** the Report of the Magistrate Judge and **ACCEPTS** his Recommendation. Accordingly, the petition for writ of habeas corpus is due to be denied and this action dismissed with prejudice. A certificate of appealability is due to be denied.

A Final Judgment will be entered.

**DONE** and **ORDERED** this August 26, 2020.

_R. David Proctor_
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE